*15 pages*

*01-202-BH*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

**Perry Malone**
Name under which you were convicted

**07143-003**
Your prison number

vs.

CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

S.A Donald Walton, S.A Allen Decote, S.A Clay Pouchet, S.A Stuart Woods, James M Rick Gaston, Edwin J. Howard, Deborah Griffen, Maria Murphy, Kenyin Brown;
Name of Defendant(s)

**Federal Correction Institution P.O Box 724 Edgefield, SC 29824**
Place of Confinement and Address

*FILED CLERK'S OFFICE 2001 MAR 19 P 3:38 U.S. DISTRICT COURT SO. DIST. AL. MOBILE, AL 36602*

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form**. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. **Proper Court**. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case**. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

**REFERRED TO JUDGE PSU**
For Ruling or Appropriate Action

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any;

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. **Certificate of Service**. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. **Copies**. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. **Form of Pleadings**. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. **No Evidence**. No evidence shall be sent to the Court for filing or storing.


I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( )   No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( )   No ( )

5. Name of judge to whom the case was assigned: _____

_____

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: _____

_____

_____

_____

7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: _FCI Edgefield S.C   P.O Box 724   29824_

B. Date it occurred: _9/16/00_

C. Is there a prisoner grievance procedure in this institution? _Yes_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes (✓)   No ( )

E. If your answer is YES:

   1. What steps did you take? _I Filed a BP 8 Form, then a BP9 to the Warden, then a BP 10 to the Central office, and a BP_

   2. What was the result? _They were all denied because the defendants were not B.O.P employees; and I was advised to File_

F. If your answer is NO, explain why not: _____

_____

G. Your claim (**briefly** explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): _During the month_

4

of September 26, 1998 I was arrested on Airport blvd in Mobile, Ala by S.A Allen Decote and S.A Stuart Woods around 12:30 am. I was taken to Police Headquarters where I was ~~terotored~~ tortured and threatened by agent Donald Walton. He held a gun over my head and shouted nigger if you don't tell me who killed his informant, that he was going to knock my head off. He also forced me to look at a picture of the woman lying on the ground dead. He then made it clear to me that I would get the electric chair being that he thought I knew who killed her and wouldn't tell him. Agent Walton and Decote also made fun of the fact of how they had put together drug conspiracy cases on me, and that it wouldn't be hard for them to do the same thing with the murder. While waiting in the Metro County Jail for trial, I had two Castargar hearings in January of 1999 in which Allen Decote, Donald Walton, Stuart Woods, Kenyin Brown, Deborah Griffen, Maria Murphy, Edwin J. Howard, and James Byrd conspired together to commit Perjury and withhold-

### III. PARTIES.

A. **Plaintiff** (Your name/AIS): Perry Malone 07143-003

   Your present address: FCI EdgeField S.C 29824 P.O Box 724

B. **Defendant(s):**

1. Defendant (full name) Donald Walton is employed as DEA Agent at Drug Enforcement Administration.

5

evidence in order to deprive me of my freedom. During the month of March 1999 I had the transcripts of those two hearings purchased by my aunt Nancy Malone Cooks from court reporter Edwin J Howard. It was then that I had discovered that my transcripts had been severely altered. In may of that same year I had suffered cruel and unusual punishment by being false imprisoned in the hole for four months with known killers. The individuals that were responsible for that was Deborah Griffen, Donald Walton, Allen Decote, and Rick Gaston. During the time that I was in the hole I found out through several individuals as well as false documents by the government that I was being framed for the murder of a government witness by Allen Decote, Donald Walton, Deborah Griffen, and with the help of Warden Rick Gaston. I later found out the following year in the month of August 2000 that Clay Pouchet was assisting Allen Decote and Donald Walton in bribing several individuals with a large amount of money and promises of a time cut if they were to

intentionally lie on me in order to implicate me for the murder. Starting in October of 1998 through August of 1999, Allen Decote, Donald Walton, and Deborah Griffen made false and slanderous statements against me to the public through the Media which also endangered my life, as well as affecting the Jury's decision at trial.

His/her present address is _900 Western American Circle Suite 300 Mobile, Ala 36609_.

(a) Claim against this defendant: _Threatening to unjustly take away my Freedom and life, Conspiring to False imprison me to kill_

(b) Supporting facts (Include date/location of incident): _Sept 26, 1998 at Police Head Quarters, Donald Walton threatened to inflict pa on me with his pistol, as well as promising me that I would die in the electric chair. May of 1999 he assisted in having me Falsely put in the hole, while me For a mu..._

2. Defendant (full name) _Allen Decote_ is employed as _FBI Agent_ at _Federal Bureau of Investigations_
His/her present address is _One St Louis Centre Mobile Ala, 366_.

(a) Claim against this defendant: _Conspiring to frame me on drug charges, Falsely having me put in the hole, Framing me For murder_.

(b) Supporting facts (Include date/location of incident): _Sept 26, 1998 through the year 2000, Allen Decote has conspired to Falsely convict me on drug charges, Falsely imprison me in the hole, and to have me Framed For murder by coercing others to lie on me and presenting it to t grand j_

3. Defendant (full name) _Clay Pouchet_ is employed as _FBI Agent_ at _Federal Bureau of Investigations_
His/her present address is _One St Louis Centre Mobile, Ala 3660_

(a) Claim against this defendant: _Conspiring to Frame me For a murder_.

(b) Supporting facts (Include date/location of incident): _During the year of 1998 through 2000, Clay Pouchet has attempted to coerce others to lie on me in order to implicate me in the murder of a government witness._

6

2. Defendant (full name) __Stuart Woods__ is employed as __FBI Agent__ at __Federal Bureau of Investigations__
His/her present address is __One St. Louis Centre Mobile, Ala 36602__

   (a) Claim against this defendant: __Conspiring to unlawfully implicate me in a drug conspiracy; Perjury__.

   (b) Supporting facts (Include date/location of incident): __Around April 3, 1998 at the F.B.I building, Stuart Woods conspired with others to deceive me in believing I had immunity. He also perjured himself in Jan of 1999 to keep me incarcerated.__

3. Defendant (full name) __James M Byrd__ is employed as __an Attorney__ at __Independent/Self employed__.
His/her present address is __456 Conti St. Mobile, Ala 36602__.

   (a) Claim against this defendant: __Intentionally withholding evidence on my behalf, in order to assist the government.__

   (b) Supporting facts (Include date/location of incident): __During the month of Jan 1999, James Byrd knowingly withheld evidence from the courts in order to assist the prosecutor in falsely convicting me on drug charges.__

9

2. Defendant (full name) _Edwin J Howard_ is employed as _Court Reporter_ at _United States Federal Court House_. His/her present address is _113 St. Joseph street Mobile, Ala 36602_.

  (a) Claim against this defendant: _Alter my transcripts and other legal documents pertaining to me._

  (b) Supporting facts (Include date/location of incident): _During the month of Jan. 1999 I had two Castargar hearings in which Edwin J Howard altered those transcripts as well as other documents in 1999 concerning framing me for murder._

3. Defendant (full name) _Deborah (A) Griffen_ is employed as _assistant United States attorney_ at _United States Federal Court House_. His/her present address is _63 South Royal Street, Suite 600 Mobile, Ala, 36602_.

  (a) Claim against this defendant: _False imprisonment, conspiring to frame me for murder, making false and life threatening statements about me to the media._

  (b) Supporting facts (Include date/location of incident): _In May of 1999 Deborah Griffen conspired with others to falsely put me in the hole with known killers, which was also part of her scheme to frame me for the murder. 1999-2000 she made false and life threatening statements about me to_

8

2. Defendant (full name) _Maria Murphy_ is employed as _assistant United States attorney_ at _United States Federal Court House_.
His/her present address is _63 South Royal Street Suite 600 Mobile, Ala, 36602_.
  (a) Claim against this defendant: _Coercing a witness to lie on me to deny me of my Freedom._
  (b) Supporting facts (Include date/location of incident): _In Jan. 1999 Maria Murphy conspired with others to coerce a federal prosecutor into lieing on me in order to deny me of my Freedom._

3. Defendant (full name) _Kenyin Brown_ is employed as _Former assistant United States attorney_ at _United States Federal Court House_.
His/her present address is _63 South Royal Street Suite 600 Mobile, Ala, 36602_.
  (a) Claim against this defendant: _Committed Perjury against me._
  (b) Supporting facts (Include date/location of incident): _In Jan 1999 Kenyin Brown intentionally lied on me on two occasions to keep me incarcerated._

9

2. Defendant (full name) _Rick Gaston_ is employed as _-Warden/Captain_ at _County Jail_.
His/her present address is _10451 Larkin Smith dr. Gulf Port Miss. 3951_
(a) Claim against this defendant: _Conspiring to Falsely imprison me in the hole; Assisting the government in framing me for murd_
(b) Supporting facts (Include date/location of incident): _During May of 1999 at the Metro County Jail, Warden Rick Gaston conspired with government officials to false imprison me in the hole as a motive to assist them in framing me for murder._

3. Defendant (full name) _____ is employed as _____ at _____.
His/her present address is _____.
(a) Claim against this defendant: _____
_____.
(b) Supporting facts (Include date/location of incident):
_____
_____
_____
_____

10

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: <u>Conspiracy To Possess With Intent To Distribute Crack Cocaine</u> <u>CR-98-00183/CR-98-00184</u>.

2. When were you convicted? <u>8/99</u>

3. What is the term of your sentence? <u>Life</u>

4. When did you start serving this sentence? <u>11/99</u>

5. Do you have any other convictions which form the basis of a future sentence?   Yes ( )    No (✓)
If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date?
_____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |
| Writ of habeas corpus granted | yes( ) no(✓) | yes( ) no(✓) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date:
_____
_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): <u>I would like for the courts to grant me my Freedom,</u>

11

_and 5,000,000 million Dollars From each defendant totaling 50,000,000 million Dollars_

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

_March 2, 2001_
Date

_Perry Malone_
(Signature of Plaintiff Under Penalty of Perjury)

_FCI Edgefield S.C 29824 P.O.B._
Current Mailing Address

_P.O Box 724_

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

12